| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolf, Mark L | District of Massachusetts | 5/12/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Active | ○ Nomination, Date    ○ Initial   ● Annual   ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1 Courthouse Way Suite 5110 Boston, MA 02210 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman, Director | Albert Schweitzer Fellowship |
| 2. Chair | John William Ward Fellowship |
| 3. Trustee | ███████████Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 19 11 03 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | April 3 | Brandeis University - Payment to Boston Latin School Foundation in lieu of honorarium | $500 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Patent Law Association | NY, NY, March 28, 2003, Annual Dinner for Federal Judiciary (Transportation, Food, and Lodging) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wolf, Mark L | 5/12/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity USA (Money Market) | B | Dividend | L | T | | | | | |
| 2. Fidelity Fund (Mutual) | A | Dividend | L | T | | | | | |
| 3. Fleet Bank (Checking) | A | Interest | K | T | | | | | |
| 4. Fleet Bank Savings | A | Interest | K | T | | | | | |
| 5. Public Storage (Corp) | A | Dividend | J | T | | | | | |
| 6. Fidelity Fund (Mutual) | B | Dividend | M | T | | | | | |
| 7. Fidelity Puritan Balanced Fund (Mutual) | B | Dividend | M | T | | | | | |
| 8. Atlantic Trust Pell Rudman ("ATPR") Eq. Growth Fund | C | Dividend | O | T | part sold | 2/15 | M | F | |
| 9. AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | L | T | | | | | |
| 10. AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 11. ATPR Equity Income (formerly ATPR Convertible Fund) | B | Dividend | L | T | | | | | |
| 12. ATPR Midcap Growth (Common Trust) | A | Dividend | L | T | part sold | 2/15 | K | B | |
| 13. ATPR Int'l Growth (Common Trust) | A | Dividend | | | sold | 2/15 | K | A | |
| 14. ATPR Int'l Growth (Common Trust) | A | Dividend | | | sold | 8/29 | J | A | |
| 15. Dighton Rehoboth Regional Sch. 5.15% 7/15/05 (Bond) | C | Interest | L | T | | | | | |
| 16. McDonalds Corp. (Stock) | A | Dividend | K | T | | | | | |
| 17. ATPR Int'l Growth (Common Trust) | A | Dividend | | | sold | 8/29 | J | D | |
| 18. MA St. HFA Single Family 5.25% 12/1/06 (Bond) | A | Interest | J | T | part sold | 8/15 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Foxborough MA 5.25% 11/15/09 | C | Interest | L | T | | | | | |
| 20. Merrill Lynch Global Allocation (Mutual) | A | Dividend | J | T | | | | | |
| 21. MA St. Turnpike Auth. 5.1% 1/1/08 (Bond) | C | Interest | L | T | | | | | |
| 22. Boston MA Series A 5% 2/1/03 (Bond) | B | Interest | | | redemption | 2/1 | K | A | |
| 23. MA St. Cons. MBIASERD 5.5% (Bond) | B | Interest | K | T | | | | | |
| 24. MA HEFA Caregroup MBIA 5% 7/1/04 (Bond)* | A | Interest | | | exchange | 1/22 | J | A | exchange for no. 47 & 57 |
| 25. MA St. REF (FGIC) 5% 8/1/04 | A | Interest | | | sold | 11/20 | K | A | |
| 26. ATPR MA Muni Tax Exempt (Common Trust) | D | Dividend | M | T | | | | | |
| 27. EMC Corp. MA (Stock) | | None | J | T | | | | | |
| 28. ATPR MidCap Growth (Common Trust) | A | Dividend | K | T | sold | 2/15 | L | A | bought various dates |
| 29. ATPR Midcap Growth (Common Trust) | A | Dividend | L | T | | | | | |
| 30. AIM Liquid Assets Imoney Market) | A | Interest | J | T | | | | | |
| 31. ATPR Equity Growth (Common Trust) | A | Dividend | K | T | sold | 2/15 | K | A | bought various dates |
| 32. ATPR Equity Growth (Common Trust) | A | Dividend | K | T | sold | 2/15 | L | A | bought various dates |
| 33. Neuberger Berman Genesis Fund (Mutual) | A | Dividend | K | T | | | | | |
| 34. LILO, LLC (Limited Liability Corp.) | E | Dividend | N | W | | | | | |
| 35. ▬ Blues Partners (Limited Partnership) | | None | K | W | | | | | |
| 36. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. ATPR Equity Income Fund (Common Trust)* | A | Dividend | | | sold | 2/28 | K | A | *formerly Convertible |
| 38. ATPR Midcap Growth (Common Trust) | A | Dividend | J | T | sold | 2/15 | K | B | bought various dates |
| 39. ATPR Equity Growth Fund (Common Trust) | B | Dividend | M | T | | | | | |
| 40. ATPR Int'l Growth (Common Trust) | A | Dividend | | | sold | 2/15 | K | A | |
| 41. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 42. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 43. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 44. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 45. Citizens Bank (Savings and Checking) | A | Interest | J | T | | | | | |
| 46. Mass State Cons. MBIASERD 5.59% (Bond) | D | Interest | M | T | | | | | |
| 47. MA St. Health Auth. 5 % 7/1/04 (Bond) | A | Interest | J | T | exchange | 1/22 | J | | exchange for no. 24 |
| 48. Boston MA G.O. 5% 8/1/13 (Bond) | B | Interest | K | T | buy | 11/20 | K | | |
| 49. Longleaf Partners (Mutual Fund) | A | Dividend | K | T | buy | 7/17 | K | | |
| 50. Longleaf Partners (Mutual Fund) | A | Dividend | K | T | buy | | K | | bought various dates |
| 51. Longleaf Partners (Mutual Fund) | A | Dividend | K | T | buy | | K | | bought various dates |
| 52. Dodge & Cox Stock Fund (Mutual Fund) | A | Dividend | K | T | buy | | K | | bought various dates |
| 53. ATPR Short Term Muni Bond Fund (Common Trust) | A | Dividend | K | T | buy | | K | | bought various dates |
| 54. ATPR Short Term Muni Bond Fund (Common Trust) | A | Dividend | K | T | buy | | K | | bought various dates |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Atlantic Whitehall Intern. Fund (Mut. Fd.) (form. ATPR) | A | Dividend | K | T | buy | | K | . | bought various dates |
| 56. Dodge & Cox Stock Fund (Mutual Fund) | A | Dividend | L | T | buy | | K | | bought various dates |
| 57. MA HEFA Caregroup ETM 5 % 7/1/04 | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

As previously reported, many of the assets owned by my ██████ my ██████████, and me are managed or held by an investment advisory firm, Atlantic Trust Pell Rudman ("ATPR"). ATPR has provided the information contained in this report concerning the assets in its custody. The information provided by ATPR is, to the best of my knowledge, accurate.

The bond listed in Section VII, line 24 was, as stated in my 2002 Report, refinanced and replaced with two bonds. On January 22, 2003, the bond listed on line 24 was exchanged for the bond listed on line 47. The second bond resulting from the 2002 refinancing is listed on line 57.

The mutual funds listed in Section VII, lines 28, 31, 32 and 38 were each sold on the dates, and for the amounts, stated. They were each bought again later in 2003, on various dates, for an aggregate amount in the range of the gross value reported in column (C)(1).

## IX. . CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ ██████████████████

Date___May 13, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544